UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLSIDE LIMITED<br>Plaintiff<br><br>-v-<br><br>THE REPUBLIC OF ARGENTINA<br><br>Defendant | Case No. 07 CV 6231<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HILLSIDE LIMITED (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 7-5-07

Signature of Attorney

Attorney Bar Code: 9237

Form Rule7_1.pdf