UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
HILLSIDE LIMITED, :
: 07 Civ. 6231 (TPG)
Plaintiff, :
:
- against - : **CERTIFICATE OF SERVICE**
:
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
:
------------------------------------------------------------------- X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Republic of Argentina, hereby certify that:

      1. On the 4th day of September 2007, the Answer, dated September 4, 2007 was served by First Class Mail upon:

> Guillermo A. Gleizer, Esq.
> 75 Maiden Lane, Suite 227
> New York, NY  10038

      2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
           September 4, 2007

                                                s/Richard V. Conza
                                                 Richard V. Conza