| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 07 CV 6231 (TPG) |

------------------------------------------------------------------ x
:
HILLSIDE LIMITED, :
: NOTICE OF
Plaintiffs, : CHANGE OF ADDRESS
:
- against - :
:
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the new address and telephone number for the undersigned is as follows:

Guillermo A. Gleizer, Esq.
19 W 34th Street, Suite 914
New York, NY 10001
(917) 539-0175

Dated: New York, New York
December 4, 2007

GUILLERMO A. GLEIZER (GG-9237)
Attorney for Plaintiff
19 W 34th Street, Suite 914
New York, NY 10001
(917) 539-0175