UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ANDRES JACINTO ALZUGARAY and MARIA        :  06 CIV 3976 (TPG)
CRISTINA ASTE,
                                          :

                    Plaintiffs,
         - against -                         **ORDER TO SHOW CAUSE**

THE REPUBLIC OF ARGENTINA,

                    Defendant.
-------------------------------------------------------------- x

LINO LUIS ALFREDO ARRIGONI; EDUARDO        05 CV 2275 (TPG)
ENRIQUE DE LA FUENTE, DIMA ESTHER RAMONA
RUIZ AND VICTORIA SUSANA DE LA FUENTE;
CARLOS ENRIQUE GONZALEZ, LESLIE MABEL
MARAGLIANO, CARLOS HERNAN GONZALEZ AND
GUSTAVO EDUARDO GONZALEZ; MARTIN LANUS;
BETINA DANIELA LINGYS; ENRIQUE PEDRO
NOLTING; MARIO MANUEL RANDAZZO; FABIO
DAVID REY; MARTIN RAUL ROGER; CARLOS
ALBERTO TOGNETTI AND ALICIA ELENA
SPEZZAFUNE; RAUL VIGO ABAD, JOSE VIGO
CORRAL, NIEVES ABAD RAMOS DE VIGO,
FRANCISCO VIGO ABAD AND LILIANA HAYDEE
FURLANI DE VIGO, AND GABRIELA WICKMAN,
ROBERTO LOPEZ AND SILVIA WICKMAN,



                    Plaintiffs,
         - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.
-------------------------------------------------------------- x
                                          :
JORGE BECHARA, RUTH CAROLA BERETZ, HECTOR :  05 CV 3825 (TPG)
PEDRO BERGONZI AND ANGELICA EVA
FERNANDEZ, PABLO TOMAS BOERO, SANTIAGO
BOERO, COSME MARIA DE ABOITIZ, ANA MARIA
DE HUERTO VALAZZA, ALDO BERTOLOZZI AND
ADRIANA ERICA BERTOLOZZI, TADAS LINGYS,
PAULA ADRIANA PINOTTI AND KAI OLAF VON
SZCZYPINSKI, JOSE LUIS POU LORENZO AND

SILVANA FERRER RAMOS, JUAN IGNACIO
SALCEDO AND JUAN CARLOS SALCEDO, SIRFELL
INVESTMENT SOCIEDAD ANONIMA, PASCUAL
TALLARICO, and JUAN CRUZ URIARTE AND MARIA
LORENE URIARTE,

                      Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

------------------------------------------------------------------ x

: 05 CV 2159 (TPG)

ANA LAURA BONVECCHI AND MARIA LUISA
CACHAU, VIRGINIA ENRIQUETA BONVECCHI,
VIRGINIA ENRIQUETA BONVECCHI AND MARIA
LUISA CACHAU, MARIO CASTILLO, ALFREDO
GINES COCO, MARIO JOSE GIRALDI AND ANA
MARIA TEJERINA, VICTOR OCTAVIO GROPPA,
IGNACIO GUIDO GROPPA, VICTOR SERAFIN
GROPPA, MARIA VERONICA PAITOVI DE GROPPA,
MARIA DANIELA GROPPA AND MARIA
GUADALUPE GROPPA, JACINTO OMAR MACRI AND
MARIA CRISTINA GIANELLI AND NATALIA
DANIELA MACRI, OSCAR ANACLETO OCCHIONERO
AND JULIA ESTER NAVARRETE, RILFORD
INTERNATIONAL CORP., AND CLAUDIO AMERICO
SALEJ,

                      Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

------------------------------------------------------------------ x

MICHELE COLELLA and DENISE DUSSAULT,    : 04 CV 2710 (TPG)

                      Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

```
------------------------------------------------------------- x
                                                              x
ANTONIO FORGIONE, NESTOR ALEJANDRO                              06 CV 15171 (TPG)
MORENO, JUAN CARLOS VIGANI and ADRIANA
ELSA IPPOLITO,

                        Plaintiffs,
        - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------- x
                                                              :
GUILLERMO FRANCO, RAFAEL FRANCO and LUISA  :                    03 CV 9537 (TPG)
FRANCO, and PANAMEL S.A.

                        Plaintiffs,
        - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------- x
HILLSIDE LTD.,                                                  07 cv 6231 (TPG)

                        Plaintiff,
        - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------- x
                                                              :
LATINBURG S.A.,                                               : 03 CV 8528 (TPG)

                        Plaintiff,
        - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
                                                              :
------------------------------------------------------------- x
                                                              :
HERNAN LOPEZ FONTANA and MARIANA MORI DE  :                     03 CV 8531(TPG)
LOPEZ,
```

3

>                                    Plaintiff,
>
> - against -
>
> THE REPUBLIC OF ARGENTINA,
>
>                                    Defendant.
> ------------------------------------------------------------------- x

| | | |
|---|---|---|
| MACROTECNIC INTERNATIONAL CORPORATION, | : | 02 CV 5932 (TPG) |

>                                    Plaintiff,
>
> -against-
>
> THE REPUBLIC OF ARGENTINA,
>
>                                    Defendant.
> ------------------------------------------------------------------- x

MILLION AIR CORP.,                                   04 CV 01048 (TPG)

>                                    Plaintiff,
>
> - against -
>
> THE REPUBLIC OF ARGENTINA,
>
>                                    Defendant.
> ------------------------------------------------------------------- x

JOSE STRUGO,                                         05 CV 4149 (TPG)

>                                    Plaintiff,
>
> - against -
>
> THE REPUBLIC OF ARGENTINA,
>
>                                    Defendant.
> ------------------------------------------------------------------- x

**UPON READING AND FILING** the accompanying Declaration of Guillermo A. Gleizer, sworn to April 21, 2008, and the exhibits annexed thereto, and the declarations, exhibits and Memorandum of Law, dated April 18, 2008, and the Order to Show Cause issued by this Court on April 18, 2008, in the case styled <u>SILVIA SEIJAS, HEATHER M. MUNTON</u> and

THOMAS L. PICO ESTRADA, v. THE REPUBLIC OF ARGENTINA, Civil Case No. 04 Civ. 400 (TPG) and others, copy of which is annexted hereto, and upon all of the papers, pleadings and oral argument heretofore had herein,

**LET THE DEFENDANTS HEREIN SHOW CAUSE,** before Judge Thomas P. Griesa Room 26B at the United States Courthouse located at 500 Pearl Street, New York, on the 30th day of April, 2008, at 10:30 am, or as soon thereafter as counsel may be heard, why an order should not made and entered:

> (a) Subject to (b) below, preliminarily restraining and enjoining, pursuant Fed. R. Civ. P. 64 and 65(a), Defendant The Republic of Argentina ("Argentina"), its servants, employees, agents, representatives, and all persons acting in concert with them, from issuing any instruction to Caja de Valores Sociedad Anonima ("CV"), or to any other person, transfer, sell, pledge, loan or otherwise encumber or alienate any Trust Bonds as defined in the Gleizer Declaration held by CV in the Depository Trust and Clearing Corporation ("DTC") in New York;
>
> (b) Requiring Argentina to instruct CV, or any other necessary person, to cause the deposit of the Trust Bonds in to an account to be designated by this Court for plaintiffs' benefit, subject to priorities mandated by law;
>
> (c) Attaching, pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. §§ 6201, 6210-12, the Trust Bonds held by CV at DTC;
>
> (d) Requiring expedited discovery from Argentina, CV, and any other necessary person, to the extent necessary to implement the transfer of the Trust Bonds for plaintiffs' benefit; and

5

(e) for such other and further relief as this Court may deem just, proper and necessary under the circumstances.

**SUFFICIENT CAUSE BEING ALLEGED THEREFORE, IT IS HEREBY:**

**ORDERED** that pending the hearing and determination of this application, Argentina, its servants, employees, agents, representatives, and all persons acting in concert with them, are restrained and enjoined, pursuant to Fed. R. Civ. P. 65(b), from issuing any instruction to CV, or to any other person, transfer, sell, pledge, loan or otherwise encumber or alienate the Trust Bonds held by CV at DTCC;

**IT IS FURTHER ORDERED** that personal service of this Order to Show Cause, and the papers upon which it is based, upon counsel for Argentina, Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, 10006, attention Jonathan Blackman, Esq., on or before the 23rd day of April, 2008 shall be deemed good and sufficient service;

**IT IS FURTHER ORDERED** that opposing papers, if any, are to be served upon counsel for Plaintiffs, Guillermo A. Gleizer, 19 W 34th Street, Suite 914, New York, New York, 10001, so as to be received by 12:00 noon on the 29th day of April 2008;

**AND IT IS FURTHER ORDERED** that reply papers, if any, shall be served upon Defendants' counsel, so as to be received not later than 10:30 AM p.m. on April 30, 2008.

ENTERED:

_Thomas P. Griesa_  4/22/08
Hon. Thomas P. Griesa
United States District Court
Southern District of New York

6